**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LILLIE LOUISE LUCAS, *et al.*,<br><br>Defendants. | Case No. 4:26-cr-75 |

**[PROPOSED] ORDER**

This matter came before the Court on Defendant Lillie Louise Lucas's Motion to Strike Surplusage from the Indictment pursuant to Federal Rule of Criminal Procedure 7(d). Upon consideration of the motion and the memorandum in support, and for good cause shown, it is hereby ORDERED that the motion is GRANTED, and the following matter is STRICKEN from the Indictment as surplusage:

1. In Paragraph A.c of the BACKGROUND section, the sentences beginning "Certain Schedule II drugs can be crushed and snorted" and ending "addiction, overdose, and sometimes death";
2. Paragraph A.e of the BACKGROUND section;
3. In Paragraph A.g of the BACKGROUND section;
4. General Allegation E; and
5. General Allegation O.

**IT IS SO ORDERED**.

______________________________
Jamar K. Walker
United States District Judge

Newport News, Virginia
Dated: __________________