# DECLARATION OF ANTHONY M. CAPOZZOLO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LILLIE LOUISE LUCAS, *et al.*,<br><br>Defendants. | Case No. 4:26-cr-75 |

**DECLARATION OF ANTHONY M. CAPOZZOLO IN SUPPORT OF DEFENDANT LILLIE LOUISE LUCAS'S MOTION FOR SANCTIONS FOR EXTRAJUDICIAL STATEMENTS THAT VIOLATE LOCAL RULE 57.1**

I, Anthony M. Capozzolo, declare as follows pursuant to 28 U.S.C. §1746:

**Background**

1. I am an attorney with Lewis Baach Kaufmann Middlemiss PLLC and am a member in good standing of the state bars for New York and New Jersey and am admitted pro hac vice in this matter. I am one of the counsels of record for Defendant Senator L. Louise Lucas ("Senator Lucas") in this action.

2. I submit this declaration in support of Senator Lucas's Motion for Sanctions for Extrajudicial Statements that Violate Local Rule 57.1 (the "Motion"), to place before the Court the facts set out in the Motion and to identify and authenticate the exhibits submitted with it.

3. Except where I state otherwise, I have personal knowledge of the facts in this declaration, including through my own review of the publicly available materials described below. Where a statement is based on information and belief, I identify it as such

and state its source. If called as a witness, I could and would testify competently to these facts.

**The October 22, 2026 DOJ Announcement and Press Conference**

4. Upon a review of the DOJ X/Twitter account, on October 22, 2026, at approximately 9:36 a.m., the United States Department of Justice ("DOJ") posted on its X account (formerly Twitter) that Attorney General Todd Blanche and FBI Director Kash Patel, identified by their handles @ToddBlanche and @FBIDirectorKash, would make an announcement about a "Significant Law Enforcement Action" at 10:00 a.m. that morning. The post stated that the announcement would be broadcast live at the Justice.gov/Live website. A true and correct copy of that post, captured on November 11, 2026, is attached as Exhibit A on page 1 of the exhibit.

5. When I viewed the post on November 11, 2026, it displayed more than 165,000 views.

6. At approximately 10:39 a.m. on October 22, 2026, DOJ posted another message on its X account together with a video of the Attorney General's announcement. When I viewed that post on November 15, 2026, it displayed more than 197,000 views. A true and correct copy of that post, captured on November 15, 2026, is attached as Exhibit A on page 2 of the exhibit.

7. On information and belief, based on my communications with cocounsel Jeffrey Robinson, on the morning of October 22, 2026, the FBI contacted Senator Lucas and directed her to surrender by 9:00 a.m. that morning at the United States Marshals Service office in Norfolk, Virginia.

8. Before October 22, 2026, federal authorities had executed a search warrant at two locations connected to Senator Lucas. That search received local and national media

coverage, including video footage available at https://www.youtube.com/watch?v=puUlBs2fpjc&t=27s, which I have reviewed.

9. I have reviewed the entire video recording of the October 22, 2026 DOJ press conference, available at https://www.youtube.com/watch?v=j6yXNEgH3ds&t=1s. Exhibit B is a partial transcript of the same press conference. I have compared Exhibit B against the recording, and it accurately reflects the statements quoted in the Motion.

15. Based on my review of the full recording of the press conference, neither Attorney General Blanche, Director Patel, nor First Assistant United States Attorney Stamos stated during the press conference that an indictment is merely an allegation or that the defendants are presumed innocent until proven guilty. Attorney General Blanche did not interrupt, correct, or disavow any of Director Patel's statements.

16. Based on my review of the recording, initially each speaker appeared to read from prepared, typed notes.

17. I have reviewed the Indictment in this case, including its forfeiture allegations, and DOJ's October 22, 2026 press release. Neither alleges that Senator Lucas accumulated "nearly $5 million" in "ill-gotten gains" or any comparable figure. The Indictment does not allege that any firearm was discharged, and it does not charge any defendant under 18 U.S.C. § 922(g).

**Media Coverage and Public Response**

20. I have reviewed some of the national and local media coverage of the October 22, 2026 press conference. The press conference was covered by national broadcast networks, including CBS, NBC, and ABC, and by cable news networks, including CNN, MS NOW, and FOX. Exhibit C is a true and correct list of links to certain national media coverage of the press conference, each of which was accessed on November

15, 2026. Exhibit D is a true and correct list of links to local Virginia media coverage, each accessed on November 15, 2026.

21. On November 13, 2026, when I viewed DOJ's X/Twitter post that streamed the October 22nd DOJ press conference, it indicated that there were more than 160,000 views of that post.

22. Exhibit E is a true and correct copy of the DOJ press release issued on October 22, 2026, as posted on the DOJ website and accessed on November 15, 2026. The press release contains some of the quoted language in the Motion. At the bottom of the press release is a disclaimer that states that an indictment is merely an allegation and that defendants are presumed innocent until proven guilty beyond a reasonable doubt in a court of law.

23. Exhibit F is a true and correct copy of a post on DOJ's X/Twitter account, that appears to have been published after the press conference, quoting the Attorney General's statement that the charges "reflect the alleged behavior of a public servant who put her own financial interests before the people she was elected to serve." When I viewed it on November 15, 2026, the post displayed more than 50,000 views.

24. Based on my review, none of the social media posts by DOJ or the FBI that carried the press conference live or linked to it contained a statement that an indictment is merely an allegation or that the defendants are presumed innocent.

25. Footnote 7 is a true and correct collection of public comments posted in response to a DOJ X/Twitter post of the press conference, captured on November 15,2026.

**Comparison Searches**

26. I reviewed a number of recent publicly-filed indictments in the Eastern District of Virginia. The indictments reviewed did not bear the name of the Attorney General of the United States in the signature block; they bore the name of First Assistant United States Attorney Stamos.

27. I also reviewed the indictments in *United States v. Blagojevich* (N.D. Ill. 2009), *United States v. Silver* (S.D.N.Y. 2015), *United States v. Fattah* (E.D. Pa. 2015), *United States v. Menendez* (S.D.N.Y. 2024), and *United States v. Adams* (S.D.N.Y. 2024). None bears the Attorney General's name in the signature block.

28. I conducted a search of publicly available sources concerning the public announcement of indictments of public officials. That search did not identify any press conference by the Attorney General or the FBI Director announcing the indictments of Congressman George Santos, Congressman William Jefferson, Congressman Duncan Hunter, former New Orleans Mayor Ray Nagin, Senator Robert Menendez, or New York City Mayor Eric Adams. The only instances I found in which the Attorney General personally appeared at a press conference to announce an indictment of public officials were Attorney General John Ashcroft's announcement of the indictment of former Illinois

Governor George Ryan and Attorney General Eric Holder's announcement of a corruption case against 133 people, including 90 law enforcement officers, in Puerto Rico.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2026

*<u>/s/ Anthony Capozzolo</u>*
Anthony Capozzolo (*pro hac*)
Lewis Baach Kaufmann Middlemiss PLLC
155 East 44th Street, 25th Floor
New York, NY 10017
Anthony.Capozzolo@lbkmlaw.com
212-826-7001