# EXHIBIT A

**Exhibit A**

Post

U.S. Department of Justice
@TheJusticeDept

🚨 @AGToddBlanche, @FBIDirectorKash to Announce Significant Law Enforcement Action at 10 A.M. ET.

WATCH LIVE HERE:




From justice.gov

9:36 AM · Oct 22, 2026 · **165.8K** Views

114 437 1.5K 137

**Exhibit A**

← **Post**

**U.S. Department of Justice**
@TheJusticeDept

.@AGToddBlanche announces Virginia State Senator Louise Lucas has been INDICTED for allegedly leading a CRIMINAL Marijuana Distribution Enterprise ⬇️




> **U.S. Department of Justice** @TheJusticeDept · Oct 22
> 🚨 @AGToddBlanche, @FBIDirectorKash to Announce Significant Law Enforcement Action at 10 A.M. ET.
>
> WATCH LIVE HERE: justice.gov/live

10:39 AM · Oct 22, 2026 · **197.3K** Views

267 1K 3.6K 143