# EXHIBIT C

Exhibit C

**Examples of Major Network Coverage of the October 22, 2026 DOJ Press Conference**

1. CBS: https://www.youtube.com/watch?v=QqpDntrqyRA

2. NBC: https://www.nbcnews.com/video/virginia-state-senator-surrenders-to-authorities-in-public-corruption-case-272037957621

3. NBC: https://www.nbcnews.com/video/shorts/virginia-state-democrat-charged-in-public-corruption-case-272039493946

4. ABC: https://abcnews.com/video/137479895/

5. PBS: https://www.youtube.com/shorts/r8uakRj9bqE

**Examples of Cable/Internet News Coverage of the October 22, 2026 DOJ Press Conference**

1. MS NOW: https://www.youtube.com/watch?v=Asu0fWInDc4

2. FOX: https://www.foxnews.com/video/6407260220112

3. CNN: https://www.cnn.com/2026/10/22/politics/va-senator-louise-lucas-indictment?cid=ios_app

4. Reuters: https://www.facebook.com/watch/?v=1587076682744152

5. NY Post : https://www.youtube.com/watch?v=jHXdVXOTixs