# EXHIBIT D

Exhibit D

**Local Virginia and Washington D.C. News Coverage of the October 22, 2026 DOJ Press Conference**

1. NBC 4 Washington: https://www.youtube.com/watch?v=k25jLlGieMc

   https://www.youtube.com/watch?v=Nod1Tlm3yBY&pp=ygUWY25uIGxvdWlzZSBsdWNhcyBzdG9yeQ%3D%3D

2. Richmond Times-Dispatch: https://www.youtube.com/watch?v=O9AmWXck1TQ

3. 13NewsNow: https://www.youtube.com/watch?v=cvert9pjWlQ

4. CBS 6 (WTVR): https://www.youtube.com/watch?v=gWFkxrPsS5c

5. FOX 5 DC: https://www.fox5dc.com/video/fmc-rotlhfy8ss7stbbt

6. ABC 7 News DC: https://www.facebook.com/watch/?v=949771347846657