# EXHIBIT E

PRESS RELEASE

# Virginia State Senator Indicted for Leading a Criminal Marijuana Distribution Enterprise

Thursday, October 22, 2026

**For Immediate Release**

Office of Public Affairs

## Lillie Louise Lucas Charged with Drug Trafficking, Money Laundering, Fraud, and Firearms Charges

*Note: View indictment here.*

Today, an eight-count indictment charged seven defendants for their respective roles in a racketeering conspiracy involving marijuana distribution, money laundering, honest services fraud through bribery, maintaining drug-involved premises, possession of firearms in furtherance of drug trafficking, and wire fraud.

"Louise Lucas has served in a position of public trust in the Commonwealth of Virginia for over three decades," said Attorney General Todd Blanche. "The charges alleged in this indictment reveal the behavior of a public servant who put her own financial interests before the people she was elected to serve. Our federal prosecutors will continue to be guided by the facts and evidence that led a grand jury to indict Ms. Lucas and her alleged co-conspirators."

"Today's indictment reveals Louise Lucas allegedly abused her position of public trust as a 30-year Virginia State Senator to put her own financial interests ahead of the people she

represents — orchestrating a five-year scheme worth an estimated $4.5 million," said FBI Director Kash Patel. "The charges allege Lucas and a close-knit group of family members and associates used Lucas' position as Chairwoman of the Senate Finance and Appropriations Committee to protect their criminal marijuana enterprise — the 'Lucas Enterprise' — insulating the business from criminal scrutiny and influencing legislation to financially benefit themselves."

"This indictment alleges that a sitting Virginia State Senator led a criminal organization that exploited access and influence to facilitate drug trafficking and other offenses," said First Assistant U.S. Attorney Theophani K. Stamos for the Eastern District of Virginia. "Public office is a position of trust and should never be abused for personal gain. I am grateful to the agents and prosecutors whose dedication and tireless work throughout this years-long investigation has culminated in this indictment."

According to the indictment, Virginia state senator Lillie Louise Lucas, 82, of Portsmouth, Virginia, led a criminal enterprise (the Lucas Enterprise) comprised of a close-knit group of associates and family members, including her two daughters and her grandson. Lucas allegedly approved and directed activities of the enterprise, including arranging for the acquisition and distribution of 100 kilograms or more of marijuana and supervising the laundering of marijuana proceeds.

Lucas was elected to the Senate of Virginia in 1991, has served as the president pro tempore since 2020, and is currently the Chairman of the Senate Finance and Appropriations Committee, which handles the state budget, tax policy, and state expenditures. Lucas allegedly used her political position to insulate the Lucas Enterprise from criminal scrutiny and to influence legislation benefiting the enterprise.

Carlton Upton Jr., 54, of Chesapeake, Virginia, was Lucas' business partner in VA Freedom Life, an umbrella for The CBD Shoppe and The Cannabis Outlet beginning in 2019. Upton also managed the CBD Shoppe and allegedly worked with Lucas to obtain a recreational marijuana license to benefit the Lucas Enterprise. In April 2020, Upton allegedly made materially false attestations on an application for an Economic Injury Disaster Loan (EIDL) for Virginia Freedom Life, which was funded in the amount of $11,800.

In 2021, Lucas and her daughter, Lisa Lucas-Burke, opened The Cannabis Outlet in Portsmouth, Virginia. Another daughter of Lucas, Theresa Lucas-Lamb, and Lucas-Lamb's son, Ryan Eichelberger, allegedly acquired marijuana and supervised its distribution and managed The Cannabis Outlet for the Lucas Enterprise. On Feb. 1, 2022, Lucas listed herself as President and CEO of VA Freedom Life on the Virginia Conflict of Interest and Ethics Advisory General Assembly Statement of Economic Interests form.

In August 2022, Lucas allegedly paid $750,000 for a 100% stake in a business that was the shell holding company for a co-conspirator's expected Virginia recreational marijuana license. Lucas allegedly failed to report the interest obtained in this entity on her required Statement of Economic Interests forms. Lucas allegedly met with the co-conspirator at her office at the capitol complex to receive a partial repayment and spoke with other officials, including legislators, about the co-conspirator's qualification for a recreational marijuana license depending on her receipt of a bribery payment from the co-conspirator.

On May 6, the FBI executed federal search warrants at The Cannabis Outlet and The CBD Shoppe. Agents recovered marijuana and firearms at both locations.

Assistant U.S. Attorneys Eric M. Hurt and Brian J. Samuels for the Eastern District of Virginia are prosecuting the case.

*An indictment is merely an allegation. All defendants are presumed innocent until proven guilty beyond a reasonable doubt in a court of law.*

Lucas Enterprise Indictment.pdf

*Updated October 22, 2026*

**Topic**

**DRUG TRAFFICKING**

**Components**

Office of the Attorney General | Federal Bureau of Investigation (FBI) | USAO - Virginia, Eastern

Press Release Number: 26-1246

# Related Content

PRESS RELEASE

## Chinese National Sentenced to 12 Years in Prison for Narcotics Trafficking, Money Laundering, and Material Support to Terrorism

Wenshen Xu, 52, a Honduras-based Chinese national extradited from Guatemala, was sentenced today to 12 years in prison, five years of supervised release, and a $22 million money judgement for...

October 29, 2026

PRESS RELEASE

## Guatemalan National Pleads Guilty to Conspiracy to Commit Narcotics Trafficking

Donelfert Monterroso Vasquez, 51, a Guatemalan national, pleaded guilty today to conspiring to import more than 450 kilograms of cocaine into the United States.

October 27, 2026

PRESS RELEASE

## Sinaloa Cartel Drug Transporter Pleads Guilty to International Drug Trafficking

Juan Hernandez Ochoa, 51, of Mexico, pleaded guilty today to conspiracy to distribute methamphetamine and marijuana for unlawful importation into the United States.

October 20, 2026

**Office of Public Affairs**

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000