# EXHIBIT F

Exhibit F

## Post

**U.S. Department of Justice** @TheJusticeDept · Oct 22

Today, an eight-count indictment charged seven defendants for their respective roles in a racketeering conspiracy involving:

- Marijuana distribution
- Money laundering
- Honest services fraud through bribery
- Maintaining drug-involved premises
- Possession of firearms in furtherance of drug trafficking
- Wire fraud

Read more: justice.gov/opa/pr/virgini...







132 801 2.8K 50K

**U.S. Department of Justice** @TheJusticeDept

"Louise Lucas has served in a position of public trust in the Commonwealth of Virginia for over three decades," said @AGToddBlanche. "The charges alleged in this indictment reveal the behavior of a public servant who put her own financial interests before the people she was elected to serve. Our federal prosecutors will continue to be guided by the facts and evidence that led a grand jury to indict Ms. Lucas and her alleged co-conspirators."

11:04 AM · Oct 22, 2026 · **8,695** Views

12 73 234 2